No. 41511.—Protest 894236–G of L. H. Butcher (Los Angeles).

Opinion by McCLELLAND, P. J. The report of the appraiser showed that the merchandise consists of distilled or essential oil not specially provided for. The claim at 12½ percent under paragraph 58 and T. D. 48316 was therefore sustained.

No. 41512.—Protests 935209–G, etc., of General Concessions Corp. (Cleveland)

Opinion by McCLELLAND, P. J. It was stipulated that the component material of chief value is paper. On the record presented the claim at 35 percent under paragraph 1413 was sustained.

No. 41513.—Protest 938277–G of Amtorg Trading Corp. (New York).

Opinion by McCLELLAND, P. J. In accordance with the report of the collector the protest was sustained as to the board measurement of spruce lumber.

No. 41514.—Protest 942674–G of General Concessions Corporation (Cleveland).

Opinion by McCLELLAND, P. J. It was stipulated that the peg tricks in question are in chief value of wood and not bamboo. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 41515.—Protest 773886–G of Greenberg & Josefsberg (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of opera glasses similar to those the subject of *Woolworth* v. *United States* (C. D. 74). Inasmuch as no claim was made in the protest under the French Trade Agreement the claim at 45 percent under paragraph 228 (b) was sustained.

No. 41516.—Protest 950286–G of Karl Guggenheim, Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of paper articles, not toys, similar to those the subject of Abstract 40561. The claim at 35 percent under paragraph 1413 was therefore sustained.